Case 3:22-cv-00991-K   Document 5   Filed 05/18/22   Page 1 of 2   PageID 33

IN IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **BISHOP DAVID PAUL MOTEN,** § § *Plaintiff,* § § vs. § § **DEF JAM RECORDINGS, UMG** § **RECORDINGS, INC.,** § **YE f/k/a KANYE WEST, and** § **G.O.O.D. MUSIC** § § *Defendants.* | Case No. 3:22-cv-00991-K |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Plaintiff BISHOP DAVID PAUL MOTEN ("BISHOP MOTEN" or "Plaintiff") pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby dismisses all causes of action in the complaint against Defendants WITHOUT PREJUDICE to refiling the same. In support thereof, Plaintiff respectfully avers unto the Court as follows:

Defendants Def Jam Recordings, UMG Recordings, Inc., YE f/k/a Kanye West and Getting Out Our Dreams, Inc. have not been served in the instant action and have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Consequently, Dismissal under Rule 41(a)(1) is therefore appropriate.

**DATED: May 18, 2022.**

Respectfully submitted,

1

SMITH & SMITH LAW GROUP, PLLC
2828 Market Loop, Suite 100
Southlake, Texas 76092

By: <u>*/s/ Brandon Smith*</u>
    Brandon    Smith
    SBN:24075919
    <u>bsmith@smithdallaslaw.com</u>
    Attorney for Plaintiff